# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor, New York, NY 10016   Tel: 212•532•1934 Fax: 212•532•1939
80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415   Tel: 718•575•5450 Fax: 718•793•0165

E-mail:james@kousouroslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 6 NOV 2010

November 15, 2010

SO ORDERED:
*George B. Daniels*
S.D.J.

Date: 1 6 NOV 2010

**VIA FASCIMILE: 212-805-6737**
The Honorable George Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Isaak Khafizov, et al.
      Ind. No. 10-CR-00709

Dear Judge Daniels:

This letter is respectfully submitted to request that the above captioned matter currently on the calendar before Your Honor on Wednesday, November 17, 2010 at 9:30am be moved to 11:30am. The undersigned has a scheduled hearing conflicting at 9:30am.

Assistant United States Attorney Nicole Friedlander and co-counsel have been contacted and agree to the instant request.

Thank you for your courtesy and consideration.

Very Truly Yours,

JAMES KOUSOUROS