USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 31 MAR 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :     PROTECTIVE ORDER

        -v.-                      :     10 Cr. 709 (GBD)

JAIME CASSUTO,                     :
    a/k/a "Jay Cassuto,"
DAVID CASSUTO, and                 :
ISAAK KHAFIZOV,
                                   :
        Defendants.
                                   :
- - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

       WHEREAS, JAIME CASSUTO, a/k/a "Jay Cassuto," DAVID CASSUTO, and ISAAK KHAFIZOV, the defendants, have sought certain discovery materials from the Government pursuant to Federal Rule of Criminal Procedure 16 ("Rule 16"), which contain and/or reflect personal identification information of victims and/or co-conspirators (including but not limited to names, addresses, social security numbers, telephone numbers, customer account numbers, check numbers, credit card numbers, and bank account numbers);

       WHEREAS, the Government intends to produce certain of these materials in response to the defendant's discovery requests;

       WHEREAS, the Government desires to protect the confidential information contained in the materials it produces, and will mark materials containing such information "AHR – CONFIDENTIAL"; and

WHEREAS, in the interest of expediting the discovery process, JAIME CASSUTO, a/k/a "Jay Cassuto," DAVID CASSUTO, and ISAAK KHAFIZOV, the defendants, by their attorneys, Anthony Collelouri, Esq., Richard Rehbock, Esq., and James Kousouros, Esq., respectively, consent to the entry of this Order;

IT IS HEREBY ORDERED:

1. Photocopies of certain discovery materials which contain and/or reflect personal identification information of victims and/or co-conspirators (including, but not limited to names, addresses, social security numbers, telephone numbers, customer account numbers, check numbers, and bank account numbers) produced by the Government in this action pursuant to its discovery obligations and bearing the label "AHR - Confidential Information" are deemed "Confidential Information."

2. Confidential Information disclosed to each defendant or to his counsel during the course of proceedings in this action:

(a) Shall be used by the defendant or his counsel only for purposes of this action;

(b) Shall be kept in the sole possession of the defendant's counsel and/or the defendant, and shall not be distributed or disclosed to others except as set forth in paragraph 2(d) below;

(c) Shall not be copied or otherwise recorded by

the defendant;

   (d) May be disclosed by the defendant's counsel and/or the defendant only to the following persons (hereinafter "Designated Persons"):

    (i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendant's attorney;

    (ii) independent expert witnesses, investigators or advisors retained by the defendant in connection with this action;

    (iii) such other persons as hereafter may be authorized by the Court upon such motion by the defendant; and

  (e) Shall be returned to the Government following the conclusion of this case and any all copies made of said material shall be shredded and destroyed.

  3. As to each defendant, the defendant and his counsel shall provide a copy of this Order to Designated Persons to whom Confidential Information is disclosed pursuant to paragraphs 2(f)(i)(ii) and (iii). Designated Persons shall be subject to the terms of this Order.

4. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

Dated:   New York, New York
         January 20, 2011

SO ORDERED:   3.1 MAR 2011

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

_____           January 20, 2011
Anthony Collelvari                  Date
Attorney for JAIME CASSUTO

_____           _____
Richard Rehbock                     Date
Attorney for DAVID CASSUTO

_____           January 20, 2011
James Kousouros                     Date
Attorney for Isaak Khafizov

4