UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-

CASSUTO et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 13 2011

ORDER

10 Cr 709 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference is rescheduled to May 17, 2011 at 9:30am.

Dated: May 13, 2011
       New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge