UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-                              NOTICE OF MOTION
                                          IND. NO.: 10-CR-0709 (GBD)
JAIME CASSUTO, et al.                    ECF Case

                 Defendants.

-------------------------------------------------X

S I R S :

       PLEASE TAKE NOTICE, that upon the annexed declaration of RICHARD A. REHBOCK, ESQ., dated the 15th day of November, 2011, the indictment filed herein and upon all prior proceedings heretofore held herein, the undersigned as attorney of record for the defendant, DAVID CASSUTO, will move this Court to be held in and for the United States District Court for the Southern of New York, before the Honorable George B. Daniels, USDJ, located at 500 Pearl Street, New York, New York on the 1st day of December, 2011 or as soon as counsel may be heard, for an Order granting the relief requested, as follows:

       1.      An Order permitting Defendant David Cassuto to join in the motions filed by his Co-Defendant Isaak Khafizov for a Bill Of particulars, Discovery and Disclosure of information spefically delineated in said application;

       2.      And such other and further relief as the Court may deem just and proper.

DATED: November 15, 2011

                                          LAW OFFICE OF
                                      RICHARD A. REHBOCK, ESQ.
                                      Attorney for David Cassuto
                                      One Maple Run Drive
                                      Jericho, NY 11753
                                      516 827-9583
                                      E-Mail: rrehbock@msn.com

                                      s/
                                      By: Richard A. Rehbock RR-9908

To:    United States Attorney
         Southern District of New York