UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-                              DECLARATION
                                          IND. NO.: 10-CR-0709 (GBD)
JAIME CASSUTO, et al.                 ECF Case

                Defendants.

-------------------------------------------------X

STATE OF NEW YORK    )
                             ) SS.:
COUNTY OF NASSAU    )

    RICHARD A. REHBOCK, ESQ., hereby declares under the penalties of perjury:

    1.    That he is an attorney duly admitted to practice before this Court, and he is the attorney of record for the defendant DAVID CASSUTO, charged with various crimes pursuant to the above captioned indictment herein.  Further, he is familiar with the facts and circumstances of the matter herein.

    2.    That this affidavit is made in support of the application by Defendant DAVID CASSUTO to join in and in further support of the motions filed by co-defendant ISAAK KHAFIZOV and his counsel, James Kousouros for the various forms of relief more fully set forth in their respective Notice of Motion and Memorandum of Law, which were filed electronically with the Court.

    3.    The Motions filed by Co-Defendant Khafizov regard bills of particulars, discovery, release of information and evidence pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and various other cases explaining and expanding same, which directly affect Defendant David Cassuto in his

preparation for trial in this matter. This declaration is made upon information and belief, the sources and grounds for said information and belief are the files maintained in the law office of Richard A. Rehbock, Esq. and the proceedings heretofore held herein.

4. Defendant David Cassuto joins in the motions made by Co-Defendant Isaak Khafizov, the various prayers for relief and adopts the arguments made in support of same.

5. Defendant David Cassuto respectfully requests that he be permitted to join in all of the motions filed by Co-Defendant Isaak Khafizov herein.

WHEREFORE, Counsel for Defendant David Cassuto respectfully requests that the Court grant the relief requested in the motions herein and the motions filed by Co-Defendant Isaak Khafizov as to him, and such other and further relief as the Court may deem just and proper.

DATED:	November 15, 2011

s/
_____
Richard A. Rehbock RR-9908

Attorney for David Cassuto
1 Maple Run Drive
Jericho NY 11753
516 827-9583
E-Mail: rrehbock@msn.com