UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NOTICE OF APPEARANCE |
| v. : | AND REQUEST FOR |
| : | **ELECTRONIC NOTIFICATION** |
| JAIME CASSUTO, et al. : | |
| : | **10 CR 709 (GBD)** |
| Defendant. : | |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

  The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                    Respectfully submitted,

                    Preet Bharara,
                    United States Attorney
                    for the Southern District of New York


              By: _____/s/_____
                    Niketh Velamoor
                    Assistant United States Attorney
                    (212) 637-1076
                    niketh.velamoor@usdoj.gov