

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 12 2011

December 7, 2011

**SO ORDERED
The conference is scheduled for
December 20, 2011 at 10:30 a.m.**

DEC 12 2011

*[signature]*
HON. George B. Daniels

BY FAX

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
FAX: (212) 805-6737

    Re:   United States v. Jaime Cassuto, et al
           10 Cr. 709 (GBD)

Dear Judge Daniels:

    A status conference was previously scheduled in this matter for December 1, 2011. During discussions with Your Honor's deputy prior to December 1, 2011, the Government requested that the conference be adjourned in order to accommodate the schedules of counsel. Your Honor's deputy further indicated that December 20, 2011 at 10:00a.m would be a convenient time to the Court for a conference in this matter. The Government respectfully requests that the Court approve this adjournment.

    The Government further requests that the time between today and December 20, 2011 be excluded under the Speedy Trial Act. Defense counsel has no objection to this request.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney
                                          Southern District of New York

                 By:   *[signature]*
                          Niketh Velamoor
                          Assistant United States Attorney
                          Tel.: (212) 637-1076

cc: Defense Counsel of Record
      By email