FEB. 10. 2012 11:13AM    HOFFMAN POLLACK                                                P. 2
Case 1:10-cr-00709-GBD   Document 40   Filed 02/14/12   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 14 2012

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor, New York, NY 10016   Tel: 212•532•1934  Fax: 212•532•1959
80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415   Tel: 718•575•5450  Fax: 718•793•0165

E-mail: james@kousouroslaw.com

**SO ORDERED**           February 9, 2012

**The trial is adjourned to April 30, 2012 at 9:30 a.m.**

*George B Daniels*
HON. GEORGE B. DANIELS

BY FACSIMILE:
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

Re:   **United States v. Jaime Cassuto et al., 10 Cr. 709 (GBD)**

Dear Judge Daniels:

     Pursuant to our last conference on January 13, 2012, the above captioned matter is scheduled for trial before Your Honor on April 23, 2012. In consenting to that date, I failed to notice that my associate, Charli Baldinger, had a longstanding and pre-paid trip scheduled for that week. Ms. Baldinger has been actively involved in this matter since its inception and has played a significant role in our trial preparation. It was always my hope that she would be able to attend and participate in the trial. As such, this letter is respectfully submitted to request that the trial commence on April 30, 2012.

     We have contacted Assistant United States Attorney Niketh Velamour and co-counsel and all parties consent to the instant request.

     We understand that the instant request may conflict with the Court's trial schedule and we will of course proceed as scheduled in the event the court cannot accommodate this request.

     We sincerely appreciate the Court's consideration in this matter and apologize for any inconvenience.

     Thank you for your courtesy and cooperation.

Very Truly Yours,

JAMES KOUSOUROS, ESQ.
*Attorney for defendant Isaak Khafizov*