**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

               -against-

JAIME CASSUTO ET AL.,
                    Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 02 2012

ORDER
10 CR 709 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close Defendant Isaak Khafizov's pretrial motion ( motion no. 27) and Defendant David Cassuto's pretrial motions (motion nos. 31 and 32) as previously resolved at a court conference.

Dated: April 2, 2012
      New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge