UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

                                       Ind. No 1:10-cr-709 (GBD)

     - against -                           **<u>NOTICE OF APPEARANCE</u>**

ISAAK KHAFIZOV,
                       Defendant.
----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned has been retained as coc-ounsel to JAMES

KOUSOUROS to represent the defendant NICHOLAS FARNSWORTH for all purposes related

to the above-captioned indictment.


Dated:         Long Beach, New York
               April 11, 2012



                                        Yours, etc.


                                        Allan L. Brenner (ALB5018)
                                        536 West Penn Street
                                        Long Beach NY 11561
                                        (516) 897-6145
                                        (866) 465-7230 (fax)
                                        brenner.allan@yahoo.com