UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                             Ind. No 1:10-cr-709 (GBD)

   - against -                                            **NOTICE OF APPEARANCE**

ISAAK KHAFIZOV,
                    Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned has been retained as co-counsel to JAMES KOUSOUROS to represent the defendant ISAAK KHAFIZOV for all purposes related to the above-captioned indictment.

Dated:       Long Beach, New York
               April 11, 2012

                                                                         Yours, etc.

                                                                         Allan L. Brenner (ALB5018)
                                                                         536 West Penn Street
                                                                         Long Beach NY 11561
                                                                         (516) 897-6145
                                                                         (866) 465-7230 (fax)
                                                                         brenner.allan@yahoo.com