UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

      -against-

ISAAK KHAFIZOV,
             Defendant.

ORDER

10 CR 709 (GBD)

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    Defendant's motion for bail pending sentencing is DENIED. Defendant has not demonstrated by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community.

Dated: June 21, 2012
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge