AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2010 - CR - 00709 |
| ISAAK KHAFIZOV | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ISAAK KHAFIZOV.

Date:   07/12/2012

/S/
*Attorney's signature*

TONY MIRVIS (TM-2890)
*Printed name and bar number*
2753 CONEY ISLAND AVENUE
SUITE 215-216
BROOKLYN, NY 11235

*Address*

TMIRVIS@OPTONLINE.NET
*E-mail address*

(718) 934-4141
*Telephone number*

(718) 228-8408
*FAX number*