# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor, New York, NY 10016   Tel: 212•532•1934 Fax: 212•532•1939
80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415   Tel: 718•575•5450 Fax: 718•793•0165

E-mail:james@kousouroslaw.com

[SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: AUG 20 2012]

August 20, 2012

**SO ORDERED**
The sentencing is adjourned to November 27, 2012 at 10:00 a.m.
/s/ George B Daniels

<u>Via Facsimile (212) 805-6737</u>
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

Re:   <u>United States v. Isaak Khafizov</u>
      <u>Docket No.: S1 10 Cr. 709 (GBD)</u>

Dear Judge Daniels:

This letter is respectfully submitted to request an adjournment of Mr. Khafizov's sentencing, currently scheduled for Thursday, September 6, 2012. As a result of numerous scheduling conflicts, the Presentence Investigation Report has not yet been completed, and the interview for the report has now been rescheduled for September 11, 2012.

As such, we are requesting that Mr. Khafizov's sentencing be adjourned to Monday, November 19, 2012 or to a date thereafter convenient to the Court and all parties. The government has been contacted and has no objection to the instant request.

Thank you for your courtesy and consideration.

Very Truly Yours,

/s/

JAMES KOUSOUROS, ESQ.

cc: Susan Mathews
U.S.P.O.

Tony Mirvis