# JAMES KOUSOUROS

*ATTORNEY AT LAW*

~

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@Kousouros.com

USDC SDNY
DOC #
DATE FILED: NOV 26 2012

November 21, 2012

**SO ORDERED**
The sentencing is adjourned to
February 5, 2013 at 10:00 a.m.

NOV 26 2012   *George B. Daniel*

*Via Facsimile (212) 805-6737*
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

Re:   United States v. Isaak Khafizov
      Docket No.: S1 10 Cr. 709 (GBD)

Dear Judge Daniels:

This letter is respectfully submitted to request an adjournment of Mr. Khafizov's sentencing, currently scheduled for Tuesday, November 27, 2012. We are in the process of resolving outstanding matters relating to sentence and require additional time to do so.

The government has been contacted and has no objection to the instant request. As such, we are requesting that Mr. Khafizov's sentencing be adjourned to Monday, December 17, 2012 or to a date thereafter convenient to the Court and all parties.

Thank you for your courtesy and consideration.

Very Truly Yours,

_____/s/_____

JAMES KOUSOUROS, ESQ.

cc:    Nicole Friedlander
Niketh Velamoor
Assistant United States Attorneys

Susan Matthews
U.S.P.O.

Tony Mirvis