

# THE MIRVIS LAW FIRM, P.C.

FILED
APR 03 2013

March 29, 2013

**VIA FACSIMILE (212) 805-6737**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The sentencing is adjourned to May 9, 2013 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: **United States v. IsaakKhafizov**
**Criminal Docket No. S1 10-CR-709-03(GBD)**

Dear Judge Daniels:

Please let this Letter serve as an application to adjourn the above referenced Defendant's Sentencing, which was originally scheduled for April 9, 2013.

This request for an adjournment is necessary because defense counsel need additional time[1] to research and brief several enhancements applied to the Defendant in the PSR. This is Defendant's first request for an adjournment of Sentencing. I have spoken with AUSA Friedlander and she had consented to an adjournment of one month.

Wherefore, I make this respectful request that sentencing be adjourned to May 9, or in the alternative any other day after May 9, 2013. Thank you in advance for taking the time to consider this application.

**RespectfullySubmitted,**

/S/
Tony Mirvis
Attorney at Law

cc: AUSA Nicole Friedlander
AUSA NikethVelamoor
Senior U.S. Probation Officer Susan P. Matthews

---

[1] It should be noted that the PSR was submitted to defense counsel late pursuant to Federal Rule of Criminal Procedure § 32(e)(2) which provides that the PSR must be given to the defendant at least 35 days before sentencing.

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM