LAW OFFICES OF
# ANTHONY J. COLLELUORI
## &ASSOCIATES, PLLC

6800 Jericho Turnpike, Suite 208E  
Syosset, New York 11791

Tel: (516) 741-3400  
Fax: (516) 597-4425  
Email – office.catlaw1@gmail.com

PRINCIPAL COUNSEL  
Anthony J. Colleluori

June 11, 2013

Via Fax (212) 805-6737  
Hon. George B. Daniels  
United States Courthouse  
500 Pearl St. New York, NY 10007-1312

Re: United States of America v. Jaime Cassuto, et al. (GBD)  
No.: 10-CR-0709

Dear Judge Daniels:

The undersigned represents Jay Cassuto in the above referenced action. I am asking permission for Mr. Jay Cassuto to travel to Hershey, Pennsylvania from June 29, 2013 through July 6, 2013 so that he may join his family on a vacation. He has obtained permission to travel from his Probation Officer, and AUSA Nichole Friedlander has consented to allow Jay to travel to Pennsylvania for this time period.

I appreciate your time and attention to this matter.

Sincerely,

Law Offices of Anthony J. Colleluori  
& Associates, PLLC.

Anthony J. Colleluori  
6800 Jericho Turnpike, Suite 208E  
Syosset, New York 11791  
Tel: (516) 741-3400  
Fax: (516) 597-4425

cc: Nicole Ware Friedlander  
U.S. Attorney's Office, SDNY (St Andw's)  
One St. Andrew's Plaza  
New York, NY 10007  
nicole.friedlander@usdoj.gov