UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
UNITED STATES OF AMERICA,

             -against-

JAIME CASSUTO, DAVID CASSUTO, and,
ISAAK KHAFIZOV,

                    Defendants.

---------------------------------------- x

ORDER

10 CR 709 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 11 2013

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motions at ECF Nos. 30 and 31 as having previously been resolved by this Court's Order of April 2, 2012 (ECF No. 43). The Clerk of the Court is also directed to close the open motions at ECF Nos. 33, 34, 38 and 47 as having been previously resolved at a prior conference.

Dated: New York, New York
       July 11, 2013

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge