# JAMES KOUSOUROS
### ATTORNEY AT LAW
≈

260 Madison Avenue, 22nd floor, New York, NY 10016   Tel: 212•532•1934 Fax: 212•532•1939

80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415   Tel: 718•575•5450 Fax: 718•793•0165

≈

E-mail:james@kousouroslaw.com

September 11, 2013

**Via Facsimile (212) 805-6735**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

SEP 17 2013

*SO ORDERED*
*The sentencing is adjourned to*
*December 11, 2013 at 10:00 a.m.*

HON. GEORGE B. DANIELS

Re:   United States v. Isaak Khafizov
      Docket No.: S1 10 Cr. 709 (GBD)

Dear Judge Daniels:

This is to respectfully request that the sentencing date in the above captioned matter be adjourned to the first week of December, 2013. Assistant United States Attorney Niketh Velamoor has no objection to the instant request.

Based upon the foregoing, request is respectfully made that the sentencing be adjourned for a date convenient for the Court in the first week of December, 2013.

Thank you for your courtesy and consideration.

Very Truly Yours,

_____/s/_____
JAMES KOUSOUROS, ESQ.

Cc:   Nicole Friedlander
      Niketh Velamoor
      Assistant United States Attorneys

      Tony Mirvis