# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor, New York, NY 10016   Tel: 212•532•1934 Fax: 212•532•1939
80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415   Tel: 718•575•5450 Fax: 718•793•0165

E-mail: james@kousouroslaw.com

December 5, 2013

*Via Facsimile (212) 805-6735*
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATED DEC 10 2013

**SO ORDERED**
The sentencing is scheduled for February 11, 2014 at 10:00 a.m.
/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:  United States v. Isaak Khafizov
     Docket No.: S1 10 Cr. 709 (GBD)

Dear Judge Daniels:

This letter is respectfully submitted to request a continuance of the sentence in the above captioned matter, currently scheduled for December 11, 2013. On December 17, 2013 I will be undergoing hip replacement surgery and this condition has slowed me down somewhat in the past few months. As a result of this, I have been unable to finalize our sentencing submission and respectfully request that the sentence be adjourned until late January 2014. I am told that I need at least three weeks after the surgery before I can return to work, however I will certainly be able to finish our submission in the interim.

Based upon the foregoing request is respectfully made for a continuance of this matter until late January, 2014 or to a date thereafter convenient for the court.

Thank you for your courtesy and consideration.

Very Truly Yours,

_____/s/_____
JAMES KOUSOUROS, ESQ.

Cc:     Nicole Friedlander
        Niketh Velamoor
        Assistant United States Attorneys

        Tony Mirvis