

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 11 2014

SO ORDERED:
*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 11 2014

**BY FAX**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Isaak Khafizov, 10 Cr. 709 (GBD)

Dear Judge Daniels:

The Government respectfully requests that the Court adjourn the sentencing of the defendant, currently scheduled for February 11, to March 12 at 10 a.m. The Government has confirmed with defense counsel that he is available at this time.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Nicole Friedlander*
Nicole Friedlander
Assistant United States Attorney
212-637-2211

Cc: James Kousouros, Esq.