# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939
E-mail: James@kousouroslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 11 2014

March 10, 2014

BY FAX: (212) 805-6737
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED**
The sentencing is scheduled for March 19, 2014 at 11:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
MAR 11 2014

Re:  United States v. Isaak Khafizov
     Docket No.: S1 10 Cr. 709 (GBD)

Dear Judge Daniels:

We write to respectfully submit that the sentencing in the above captioned matter, currently scheduled for March 12, 2014 be adjourned until Monday, March 17, 2014 at any time after 11AM. We received the government's response on Friday, March 7, 2014 however I was out of the country and unable to review the response with Mr. Khafizov or access materials necessary to respond to the government's memorandum.

Accordingly we ask that the matter be adjourned for one week to facilitate our review of the government's response with Mr. Khafizov and to submit a brief reply thereto.

I have consulted with the government and the requested date is acceptable to counsel.

Thank you for your courtesy and consideration.

Respectfully Submitted,

*/s/ James Kousouros*
James Kousouros

Cc: Niketh Velamoor
    Nicole Friedlander
    Assistant United States Attorneys