Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
U.S. DISTRICT COURT
     FILED
   MAR 31 2014
      D.S.
   S.D. OF N.Y.
```

Caption:
United States
v.
Isaak Khafizov

Docket No.: 10-Cr-709-03 (GBD)
Judge George B. Daniels
(District Court Judge)

Notice is hereby given that Isaak Khafizov appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔ , other |  (specify)
entered in this action on March 19, 2014
                          (date)

This appeal concerns: Conviction only |___  Sentence only |___  Conviction & Sentence ✔  Other |___
Defendant found guilty by plea |___  | trial ✔ | N/A |
Offense occurred after November 1, 1987? Yes ✔  No |  N/A |
Date of sentence: March 19, 2014        N/A |___|
Bail/Jail Disposition: Committed ✔   Not committed |   N/A |

Appellant is represented by counsel? Yes ✔ | No |   If yes, provide the following information:

Defendant's Counsel: James Kousouros
Counsel's Address:   260 Madison Ave., 22nd Fl.
                     New York, New York 10016
Counsel's Phone:     212-532-1934

Assistant U.S. Attorney: Nicole Ware Friedlander
AUSA's Address:          One Saint Andrew's Plaza
                         New York, New York 10007
AUSA's Phone:            212-637-1076

Signature