CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v. Cassuto (Khafizov)

**DOCKET NUMBER:** SDNY: 10-Cr-709, 2d Cir.: 14-962

**COUNSEL'S NAME:** James Kousouros

**COUNSEL'S ADDRESS:** 260 Madison Avenue, Floor 22, New York, New York 10016

**COUNSEL'S PHONE:** 212-532-1934

## QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: Hearing 3/31/11; Hearing 8/19/10; Hearing 12/20/11; Jury Proceedings 5/7/12
(Description & Dates)

[✓] Trial: Proceedings held 4/24/12; Trial Proceedings held 5/7/12
(Description & Dates)

[✓] Sentencing: Sentencing held before Hon. George B. Daniels on March 19, 2014
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, James Kousouros (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds  [ ] CJA Form 24

/s/ James Kousouros   April 11, 2014
Counsel's Signature   Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____                Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature _____          Date _____

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.